IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ANN MARTINEZ, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTRA SPACE STORAGE, INC., a Maryland corporation, EXTRA SPACE MANAGEMENT, INC., a Utah corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 13-00319 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **CONTINUES** the case management conference to **APRIL 4, 2013, AT 8:00 A.M.**, to be held at the same time as the hearing on defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: March 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE