IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA ANN MARTINEZ, on behalf of herself and all persons similarly situated,

    Plaintiff,

  v.

EXTRA SPACE STORAGE, INC.; EXTRA SPACE MANAGEMENT, INC.; and Does 1 through 100 inclusive,

    Defendants.

                                                /

No. C 13-00319 WHA

**REQUEST RE ORAL ARGUMENT**

At the oral argument on **APRIL 4, 2013**, counsel shall please be prepared to discuss whether or not the Section 52.1 claim even applies to the situation here concerning storage lockers, given that the statute requires interference by threats, intimidation, or coercion.

**IT IS SO ORDERED.**

Dated: April 1, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE