IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA ANN MARTINEZ, et al.,

    Plaintiffs,

  v.

EXTRA SPACE STORAGE, INC., et al.,

    Defendants.

No. C 13-00319 WHA

**ORDER REQUESTING RESPONSE TO DISCOVERY DISPUTE LETTER**

Plaintiffs have filed a discovery dispute letter regarding whether defendant Extra Space Management must produce a list of its prior customers (and potential class members) prior to class certification. Defendants shall file a letter in response not to exceed three pages by **AUGUST 7 AT NOON**. No replies, please.

**IT IS SO ORDERED.**

Dated: August 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE