IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MARTINEZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXTRA SPACE STORAGE, INC., et al.,<br><br>    Defendants.<br>                                            / | No. C 13-00319 WHA<br><br>**ORDER COMPELLING DISCOVERY** |

      In this putative class action involving rental storage units, plaintiffs request that defendant be compelled to respond to an interrogatory seeking the names and contact information of 1000 potential class members. Plaintiffs state that they wish to use this contact information to collect additional evidence in advance of the September 26 deadline for their class certification motion. Defendants object that in other actions against the same defendants, plaintiffs' counsel allegedly used similar disclosures to solicit new clients for follow-on lawsuits. Defendants also object that the information is private and sensitive.

      Defendants' allegation that plaintiffs' counsel has misused such information in other actions is unsupported by evidence. Nor is there an allegation that plaintiffs' counsel's use of the information violated any protective orders in those actions. The protective order already in place in this action will be sufficient to protect the privacy interests of the potential class members. To prevent repetition of these arguments, this order holds that plaintiffs' counsel may use the disclosed contact information solely for the purpose of this litigation. For the avoidance

of doubt, this restriction includes, but is not limited to, using the disclosed contact information to solicit clients for future actions against defendants.

Defendants' objections are **OVERRULED**. Plaintiffs' request to compel this discovery is **GRANTED**. Defendants shall provide an updated response to the interrogatory by **AUGUST 23**.

**IT IS SO ORDERED.**

Dated: August 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2