IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ANN MARTINEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>EXTRA SPACE STORAGE, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 13-00319 WHA<br><br>**ORDER DENYING REQUEST TO MODIFY CASE MANAGEMENT SCHEDULE** |

    The parties have filed a joint stipulation to extend the deadline for plaintiff's motion for class certification, which this order will construe as a joint motion to modify the case management order. Rule 16 requires good cause to modify a scheduling order. The stipulation, however, demonstrates only that the parties have been lethargic in conducting and completing class discovery. Good cause not shown, the request is **DENIED**.

    **IT IS SO ORDERED.**

Dated: September 6, 2013.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE