IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ANN MARTINEZ, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTRA SPACE STORAGE, INC., a Maryland corporation, EXTRA SPACE MANAGEMENT, INC., a Utah corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 13-00319 WHA<br><br>**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE** |

Pursuant to defendant's letter of September 19, 2013, the Court **SETS** a three-hour meet-and-confer in the Court's jury room on **WEDNESDAY, SEPTEMBER 25 FROM 8:00 A.M.–11:00 A.M.** in the federal courthouse in San Francisco. At 11:00 a.m., the Court shall hear any remaining discovery issue(s) in Courtroom 9. Plaintiff's response is due by noon on September 23. Please buzz chambers at 8:00 a.m. to be let into the Court's jury room.

Please note that only those lawyers who personally attend the meet-and-confer in the jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: September 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE