United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA ANN MARTINEZ, on behalf of
herself and all persons similarly situated,

      Plaintiff,

  v.

EXTRA SPACE STORAGE, INC., a
Maryland corporation, EXTRA SPACE
MANAGEMENT, INC., a Utah corporation,
and DOES 1 through 100, inclusive,

      Defendants.

No. C 13-00319 WHA

**ORDER TO SHOW CAUSE**

Defendants Extra Space Storage, Inc. and Extra Space Management, Inc. filed this request for dismissal of plaintiff Teresa Martinez for failing to appear for her properly-noticed depositions a total of three times. On September 25, 2013, plaintiff's counsel was ordered by the undersigned judge to set a date on which Ms. Martinez would appear for her deposition (Dkt. No. 70). Following a meet and confer, the parties agreed that Ms. Martinez would appear for her deposition on Wednesday, October 9, 2013. Plaintiff failed to appear. Plaintiff is hereby ordered to show cause for her failure to attend the October 9 deposition. Plaintiff's response is due by **THURSDAY, OCTOBER 17, AT 5 P.M.**

    **IT IS SO ORDERED.**

Dated: October 16, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE