IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA ANN MARTINEZ and
TIFFANY CURTIS, on behalf of themselves
and all persons similarly situated,

    Plaintiffs,

  v.

EXTRA SPACE STORAGE, INC., a
Maryland corporation, EXTRA SPACE
MANAGEMENT, INC., a Utah corporation,
and DOES 1 through 100, inclusive,

    Defendants.
    /

No. C 13-00319 WHA

**ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT**

Defendants request leave to file an opposition brief to plaintiff's motion for class certification that exceeds the 25-page limit. The proposed brief is 35 pages. Having considered the motion, defendants are **GRANTED** an additional 5 pages on their response in opposition and plaintiff is granted an additional 5 pages on its reply.

**IT IS SO ORDERED.**

Dated: October 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE