IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ANN MARTINEZ, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTRA SPACE STORAGE, INC., a Maryland corporation, EXTRA SPACE MANAGEMENT, INC., a Utah corporation, and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____ / | No. C 13-00319 WHA<br><br>**ORDER SETTING DISCOVERY HEARING RE DEFENDANT'S DISCOVERY DISPUTE** |

The Court **ORDERS** a three-hour meet-and-confer to commence starting at **11:30 A.M. AND CONTINUING TO 3:00 P.M.** (with thirty minutes at 1:00 p.m. for lunch) on **TUESDAY, DECEMBER 10, 2013**, in the Court's jury room at the San Francisco courthouse. At **3:00 P.M.**, the Court shall hear any remaining unresolved issue(s) in Courtroom 8. Plaintiff's response is due by noon on December 6.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: December 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE