IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIFFANY CURTIS,

    Plaintiff,

v.

EXTRA SPACE STORAGE, INC., a Maryland corporation, EXTRA SPACE MANAGEMENT, INC., a Utah corporation, and DOES 1 through 100, inclusive,

    Defendants.

No. C 13-00319 WHA

**ORDER RE STIPULATION OF DISCOVERY DISPUTE**

It is hereby ordered that plaintiff's counsel file tentatively under seal the following documents:

1. An exemplar of the questionnaire mailed to 1,000 of defendants' former customers whose contact information was produced in this litigation pursuant to the protective order (Dkt. No. 46).

2. An exemplar of the correspondence plaintiff's counsel sent to those initial 29 customers who responded to the initial mailing.

**IT IS SO ORDERED.**

Dated: December 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE