SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT S. BEALL, Cal. Bar No. 132016
RUBEN D. ESCALANTE, Cal. Bar No. 244596
ADRIENNE W. LEE, Cal. Bar No. 265617
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:    714-513-5100
Facsimile:     714-513-5130
Email:           rbeall@sheppardmullin.com
               rescalante@sheppardmullin.com
               alee@sheppardmullin.com

Attorneys for Defendants
EXTRA SPACE STORAGE INC. and EXTRA
SPACE MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERESA ANN MARTINEZ and TIFFANY CURTIS, on behalf of herself and all persons similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>EXTRA SPACE STORAGE INC., a Maryland corporation; EXTRA SPACE MANAGEMENT, INC., a Utah corporation; and Does 1 through 100 inclusive,<br><br>               Defendants. | Case No. C 13-00319 WHA<br><br>[Alameda Superior Court Case No. RG12659084]<br><br>~~MOTION~~, STIPULATION, AND [PROPOSED] ORDER REGARDING RESOLUTION OF THE DISCOVERY DISPUTE THAT IS THE SUBJECT OF THE COURT ORDERED MEET-AND-CONFER AND DISCOVERY HEARING SET FOR DECEMBER 10, 2013, AND MOTION TO TAKE SAID MEET-AND-CONFER AND HEARING OFF CALENDAR<br><br>[Local Rules 7-7, 7-11]<br><br>Complaint Filed: December 10, 2012 |

Plaintiff Tiffany Curtis ("Plaintiff") and Defendants Extra Space Management, Inc. and Extra Space Storage Inc. (collectively "Defendants"), through their respective counsel of record, hereby stipulate and move the Court to vacate the order that the parties appear for a meet-and-confer and subsequent hearing on December 10, 2013, because they have resolved the discovery dispute that is the subject thereof, as follows:

A. WHEREAS on December 2, 2013, Defendants filed a letter brief requesting relief in connection with a discovery dispute concerning the Protective Order and Order dated August 15, 2013;

B. WHEREAS on December 3, 2013, the Court ordered the parties to attend a meet-and-confer and subsequent hearing concerning the foregoing dispute on December 10, 2013;

C. WHEREAS the parties have since further met and conferred concerning their discovery dispute;

D. WHEREAS Plaintiff's counsel, Jeffrey Wilens, represents as an officer of the court that prior to filing the class certification motion, he sent questionnaires to 1,000 former customers of Defendants whose contact information was produced in this litigation pursuant to the Protective Order and Order dated August 15, 2013; that to date only 29 of those customers responded to the initial mailing, contacted Mr. Wilens, or attempted to contact Mr. Wilens thereafter; that after the Court denied class certification, Mr. Wilens then sent direct correspondence to those 29 customers plus Trina Sisk who had contacted Mr. Wilens on her own initiative many months earlier, which informed them of their rights to intervene after denial of class certification and asked them if they wanted Mr. Wilens to seek to intervene on their behalf; Mr. Wilens has since filed a motion to intervene on behalf of those customers; and Mr. Wilens has not been and is not in contact with any other tenants reflected on the Contact List;

E. WHEREAS the parties have agreed to a compromise on how to proceed with respect to their discovery dispute and have resolved the same; and

F. WHEREAS, pursuant to Local Rule 5-1(i), Jeffrey Wilens, Attorney for Plaintiffs, concurs in the filing of this document.

THEREFORE, Plaintiff and Defendants, through their respective counsel of record, stipulate and agree as follows:

1. Plaintiff and her counsel, Mr. Wilens, will return to Defendants within 3 days of approval of this Stipulation, all documents, copies thereof, derivatives thereof, information, and anything containing, constituting, or reflecting the information produced pursuant to the Court's Order dated August 15, 2013 (the "Contact List"), which was produced subject to that Order and the Protective Order.

2. Plaintiff and her counsel, Mr. Wilens, shall cease and desist using the Contact List, which includes but is not limited to soliciting individuals reflected thereon to be plaintiffs in this case or any other case or contacting or responding to inquiries made by individuals reflected on that list in response to any previous correspondence sent to them by Plaintiff and her counsel, Mr. Wilens, without leave of Court;

3. ~~Plaintiff and her counsel, Mr. Wilens, will mail an exemplar of the initial Questionnaire (provided the exemplar reflects the version(s) sent to the 1,000 tenants) referenced in Paragraph D, *supra*, and an exemplar of the second letter (provided the exemplar reflects the version(s) sent to the 30 tenants) referenced in Paragraph D, *supra*, to the Court within one court day of request by Defendants. The documents will be mailed as if they were a chambers copy. The documents will be submitted for *in camera* inspection only and should not be part of the public record.~~

4. This stipulation does not apply to the Contact List as to the 30 individuals on whose behalf Plaintiff and her counsel, Mr. Wilens, have already filed a motion to intervene, the propriety of which Defendants reserve the right to challenge in connection with said motion or thereafter on any grounds and which information is still subject to the Protective Order and Court's Order dated August 15, 2013.

5. This stipulation does not alter or modify the Protective Order or Court's Order dated August 15, 2013; Defendants reserve the right to challenge Plaintiff and Mr. Wilens' conduct in connection therewith.

1      6.     This stipulation is without prejudice to Plaintiff's requesting the renewed production of the 1,000 name and contact information reflected on the Contact List at a later date, which request Defendants reserve the right to oppose.

     7.     That this stipulation will be binding and have full force and effect as between the parties and their counsel provided the hearing set for December 10th is vacated; however, Plaintiff and Mr. Wilens will abide by the terms of this stipulation pending entering or rejection by the Court as to Paragraph 2.

     8.     That the meet-and-confer and subsequent hearing set for December 10, 2013, be taken off calendar and the order setting the same vacated.

**IT IS SO STIPULATED**

Dated: December 4, 2013

                                     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                     By      /s/ Ruben D. Escalante
                                                  RUBEN D. ESCALANTE

                                              Attorneys for Defendants
                                        EXTRA SPACE STORAGE INC. and
                                        EXTRA SPACE MANAGEMENT, INC.

Dated: December 4, 2013

                                     THE LAKESHORE LAW CENTER

                                     By      /s/ Jeffrey Willens
                                               JEFFREY WILENS

                                       Attorneys for Plaintiffs
                       TERESA ANN MARTINEZ and TIFFANY CURTIS

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 Dated: December 6, 2013

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*